Raymond H. Sheen (State Bar No. 194598)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: rsheen@JonesDay.com

Attorneys for Defendant
ODYSSEY THERA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ODYSSEY THERA, INC.,<br><br>Defendant.<br><br>ODYSSEY THERA, INC.,<br><br>Cross-Claimant,<br><br>v.<br><br>VALLEY FORGE INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and SCOTTSDALE INSURANCE COMPANY,<br><br>Cross-Defendants. | CASE NO. C12-00227-JSW<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>[Civil L.R. 7-11, 16-2(d)]<br><br>Courtroom 11<br>The Honorable Jeffrey S. White |

1

**ORDER GRANTING JOINT ADMINISTRATIVE MOTION**

Having considered the Joint Administrative Motion to Continue the Case Management Conference and Related Deadlines, and good cause appearing, the Court hereby ORDERS that the Case Management Conference in this action, which was previously scheduled for April 27, 2012, is hereby rescheduled to June 22, 2012, at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. Further, the parties shall file a joint case management statement no later than five (5) court days prior to the conference, and the statement shall address all of the matters identified in the Court's Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, dated March 29, 2012.

**IT IS SO ORDERED.**

Dated: ___April 4, 2012_____    _____
                                          Hon. Jeffrey S. White
                                          U.S. District Court