Raymond H. Sheen (State Bar No. 194598)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: rsheen@JonesDay.com

Attorneys for Defendant
ODYSSEY THERA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ODYSSEY THERA, INC.,<br><br>Defendant. | CASE NO. C12-00227-JSW<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>[Civil L.R. 7-11, 16-2(d)]<br><br>Courtroom 11<br>The Honorable Jeffrey S. White |
| ODYSSEY THERA, INC.,<br><br>Cross-Claimant,<br><br>v.<br><br>VALLEY FORGE INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and SCOTTSDALE INSURANCE COMPANY,<br><br>Cross-Defendants. | |

1

**ORDER GRANTING JOINT ADMINISTRATIVE MOTION**

1  Having considered the Joint Administrative Motion to Continue the Case Management
2  Conference and Related Deadlines, and good cause appearing, the Court hereby ORDERS that
3  the Case Management Conference in this action, which was previously scheduled for April 27,
4  2012, is hereby rescheduled to June 22, 2012, at 1:30 p.m., in Courtroom 11, 19th Floor, Federal
5  Building, 450 Golden Gate Avenue, San Francisco, California. Further, the parties shall file a
6  joint case management statement no later than five (5) court days prior to the conference, and the
7  statement shall address all of the matters identified in the Court's Order Setting Case
8  Management Conference and Requiring Joint Case Management Conference Statement, dated
9  March 29, 2012.

**IT IS SO ORDERED.**

Dated: ___April 4, 2012_____

_____
Hon. Jeffrey S. White
U.S. District Court