Robert C. Christensen (State Bar No. 151296)
Marsha L. Morrow (State Bar No. 71903)
COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW
555 Mission, Suite 330
San Francisco, CA 94105
Telephone: (415) 932-7000
Facsimile: (415) 932-7001
Email: robert.christensen@cna.com

Attorneys for Plaintiff
VALLEY FORGE INSURANCE COMPANY and
CONTINENTAL CASUALTY COMPANY


Raymond H. Sheen (State Bar No. 194598)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
Email:        rsheen@JonesDay.com

Attorneys for Defendant and Cross-Claimant
ODYSSEY THERA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ODYSSEY THERA, INC.,<br><br>Defendant. | CASE NO. C12-00227<br><br>STIPULATION AND [~~PROPOSED~~] AMENDED ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AS MODIFIED<br><br>~~DECLARATION OF RAYMOND H. SHEEN~~ |

ODYSSEY THERA, INC.,

        Cross-Claimant,

v.

VALLEY FORGE INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, and SCOTTSDALE INSURANCE COMPANY,

        Cross-Defendants.

Pursuant to Local Rules 6-1, 6-2 and 7-12 of this Court, Plaintiffs VALLEY FORGE INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY (collectively, "Plaintiffs") and Defendant ODYSSEY THERA, INC. ("Odyssey") hereby stipulate as follows:

1. On June 8, 2012, Plaintiffs filed a Summary Judgment Motion ("Plaintiffs' Motion") with a hearing date of July 27, 2012.

2. Odyssey's Opposition to Plaintiffs' Motion is due on June 22, 2012. Plaintiffs' Reply re Plaintiffs' Motion is due on June 29, 2012.

3. On June 11, 2012, the Court notified the parties that the hearing on Plaintiffs' Motion was continued from July 27, 2012 to August 31, 2012, but the briefing schedule remained unchanged.

4. Odyssey intends to file a Cross-Motion for Partial Summary Judgment ("Odyssey's Motion") against Plaintiffs. As set forth in the attached Declaration of Raymond Sheen ("Sheen Declaration"), the issues raised in Odyssey's Motion will overlap significantly with the issues raised in Plaintiffs' Motion.

5. To streamline the briefing of the Cross-Motions, and reduce the overall number of briefs submitted to the Court, the Parties seek to extend and coordinate the briefing schedules and hearings for Plaintiffs' Motion and Odyssey's Motion for the reasons set forth in the Sheen Declaration.

6. The Parties believe that the requested time modification will not have any effect or impact on the schedule for the case or the hearing on the two motions. The parties do not seek to

1  extend the present hearing date of August 31, 2012.

2  THEREFORE the parties stipulate to and request the Court's approval of the following

3  briefing and hearing schedule in connection with Plaintiffs' Motion and Odyssey's Motion:

| | |
|---|---|
| Odyssey's Filing of Combined (a) Opposition to Plaintiffs' Motion; and (b) Odyssey's Motion | July 20, 2012 |
| Plaintiffs' Filing of Combined (a) Reply re Plaintiffs' Motion; and (b) Opposition to Odyssey's Motion | August 3, 2012 |
| Odyssey's Filing of Reply Brief re Odyssey's Motion | August 10, 2012 |
| Hearing on Plaintiffs' Motion and Odyssey's Motion | August 31, 2012 |

**IT IS SO AGREED.**

Dated: June 12, 2012                    COLLIAU ELENIUS MURPHY
                                        CARLUCCIO KEENER & MORROW


                                        By: */s/ Robert C. Christensen*
                                            Robert C. Christensen

                                        Attorneys for Plaintiffs
                                        VALLEY FORGE INSURANCE
                                        COMPANY and CONTINENTAL
                                        CASUALTY COMPANY

Dated: June 12, 2012                    JONES DAY


                                        By: */s/ Raymond H. Sheen*
                                            Raymond H. Sheen

                                        Attorneys for Defendant and Cross-Claimant
                                        ODYSSEY THERA, INC.

The case management conference is CONTINUED from ~~August 31, 2012~~ to October 5, 2012 at 1:30 pm.
                                                                            June 22, 2012

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 13, 2012                    */s/ Jeffrey S. White*

                                        THE HONORABLE JEFFREY S. WHITE
                                        U.S. DISTRICT COURT JUDGE