Robert Christensen (State Bar Number 151296)
COLLIAU CARLUCCIO KEENER MORROW
 PETERSON & PARSONS
555 Mission Street, Suite 330
San Francisco, CA 94105
Telephone: (415) 932-7000
Facsimile: (415) 932-7001
E-Mail: robert.christensen@cna.com
Attorneys for Plaintiffs and Counter-Defendants VALLEY FORGE INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY

Raymond H. Sheen (State Bar No. 194598)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: rsheen@JonesDay.com
Attorneys for Defendant and Counter/Cross-Claimant ODYSSEY THERA, INC.

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ODYSSEY THERA, INC., <br><br> Defendant. <br><hr> ODYSSEY THERA, INC., <br><br> Counter/Cross-Claimant, <br><br> vs. <br><br> VALLEY FORGE INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY and SCOTTSDALE INSURANCE COMPANY, <br><br> Counter/Cross-Defendants. | Civil Action No. C-12-00227-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** <br><br> (Assigned to the Honorable Jeffrey S. White) |

Stipulation and [Proposed] Order of Dismissal - 1
Civil Action No. C-12-00227-JSW

1  TO THE COURT CLERK, ALL PARTIES AND THEIR COUNSEL:

2    IT IS HEREBY STIPULATED by and between plaintiffs/counter-defendants Valley Forge

3  Insurance Company and Continental Casualty Company and defendant/counter-claimant Odyssey

4  Thera, Inc., through their undersigned counsel, that the following be dismissed with prejudice:  (1)

5  the complaint filed by plaintiffs Valley Forge Insurance Company and Continental Casualty

6  Company against defendant Odyssey Thera, Inc., and all claims and causes of action therein; and

7  (2) Odyssey Thera, Inc.'s counter-claims against Valley Forge Insurance Company and Continental

8  Casualty Company.

9    In accordance with the dismissal, plaintiffs Valley Forge Insurance Company and

10 Continental Casualty Company withdraw the motion for partial summary judgment filed by

11 Plaintiffs on June 8, 2012, pursuant to Local Rule 7-7(e).

12    This Stipulation shall have no effect on Odyssey Thera Inc.'s claims against Scottsdale

13 Insurance Company.  This Stipulation is made pursuant to the parties' Settlement Agreement.  Each

14 of the parties is to bear its own costs and attorney fees in the instant action.

15 DATED:  July 10, 2012          COLLIAU CARLUCCIO KEENER MORROW PETERSON
                                                 & PARSONS

18                                  /s/  Robert Christensen
                                   ROBERT C. CHRISTENSEN
19                                 Attorneys for Plaintiffs and Counter-Defendants
                                   VALLEY FORGE INSURANCE COMPANY and
20                                 CONTINENTAL CASUALTY COMPANY

22 DATED:  July 10, 2012          JONES DAY

25                                  /s/  Raymond Sheen
                                   RAYMOND SHEEN
                                   Attorneys for Defendant and Counter/Cross-Claimant
26                                 ODYSSEY THERA, INC.

1 **[PROPOSED] ORDER**

2  Upon stipulation of the parties, and pursuant to Federal Rules of Civil Procedure, Rule
3  41(a), IT IS HEREBY ORDERED that the following are dismissed with prejudice:  (1) the
4  complaint filed by plaintiffs Valley Forge Insurance Company and Continental Casualty Company
5  against defendant Odyssey Thera, Inc., and all causes of action therein; and (2) Odyssey Thera,
6  Inc.'s counter-claims against Valley Forge Insurance Company and Continental Casualty Company.
7  In accordance with the dismissal, the motion for partial summary judgment filed by plaintiffs Valley
8  Forge Insurance Company and Continental Casualty Company is hereby withdrawn.

9
10 Dated:  July 11, 2012                         _____*Jeffrey S. White*_____
11                                              Honorable Jeffrey S. White
                                                Judge of the United States District Court for the
12                                              Northern District of California