Linda Wendell Hsu, Esq.
Mark E. Inbody, Esq.
SELMAN BREITMAN LLP
33 New Montgomery
Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-2051
Facsimile: (415-979-2099
lhsu@selmanbrietman.com
minbody@selmanbreitman.com
*Counsel to Cross-Defendant
Scottsdale Insurance Company*

Raymond H. Sheen, Esq.
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: rsheen@JonesDay.com
*Counsel to Defendant/Cross-Claimant Odyssey Thera, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY AND CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ODYSSEY THERA, INC.,<br><br>Defendant. | **CASE NO. C12-00227-JSW**<br><br>**STIPULATION CONCERNING CROSS-DEFENDANT SCOTTSDALE INSURANCE COMPANY'S TIME TO ANSWER OR OTHERWISE APPEAR** |
| ODYSSEY THERA, INC.<br><br>Counter/Cross-Claimant,<br><br>v.<br><br>VALLEY FORGE INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY AND SCOTTSDALE INSURANCE COMPANY,<br><br>Counter/Cross-Defendants. | |

Pursuant to Local Civil Rules 6-2 and 7-12, Defendant/Cross-Claimant Odyssey Thera, Inc. ("Odyssey Thera") and Cross-Defendant Scottsdale Insurance Company ("Scottsdale") stipulate to extend Scottsdale's time to answer or otherwise appear in the instant action from November 16, 2012 until November 30, 2012. The Court denied Scottsdale's motion to dismiss on October 24, 2012. As required by Local Civil Rule 6-2, the signatories to the instant stipulation represent that:

1. Scottsdale seeks the extension as the parties have reached a settlement of this action, which they intend to document and finalize within the time provided for in this stipulation.

2. Two prior stipulations extending Scottsdale's time to answer or otherwise appear has been previously granted by the Court;

3. Two prior stipulations extending Odyssey's time to answer or otherwise appear have been previously granted by the Court; and

4. The requested time modification would have no effect on the schedule in place for this case.

Respectfully submitted,

Linda Wendell Hsu, Esq.
Mark E. Inbody, Esq.
SELMAN BREITMAN LLP
33 New Montgomery
Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-2051
Facsimile: (415-979-2099
lhsu@selmanbrietman.com
minbody@selmanbreitman.com

Raymond H. Sheen, Esq.
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: rsheen@JonesDay.com

By:__/s_____          By:_____/s_____

*Counsel to Cross-Defendant*  *Counsel for Defendant, Cross-Claimant*
*Scottsdale Insurance Company*  *Odyssey Thera, Inc.*

Alexis J. Rogoski, Esq.
Edward C. Carleton, Esq.
BOUNDAS, SKARZYNSKI,
WALSH & BLACK, LLC
One Battery Park Plaza
32nd Floor
New York, NY  10004

*Counsel to Cross-Defendant*
*Scottsdale Insurance Company*

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Date: ___November 16, 2012___          _____
                                                                    Hon. Jeffrey S. White

4852-6510-1585
C:\Documents and Settings\JP013203\Desktop\Stipulation re Answer, 4849-0059-0097 v.docx