| | |
|---|---|
| Alexis J. Rogoski (AJR-8512)<br>Edward C. Carleton (ECC-7569)<br>BOUNDAS, SKARZYNSKI, WALSH &<br>BLACK, LLC<br>One Battery Park Plaza, 32nd Floor<br>New York, NY 10004<br>Telephone (212) 820-7710<br>Email: arogoski@bswb.com<br><br>Attorneys for Cross-Defendant<br>SCOTTSDALE INSURANCE COMPANY | Linda Wendell Hsu (SBN 162971)<br>Mark Inbody (SBN 180862)<br>SELMAN BREITMAN<br>33 New Montgomery, 6th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 979-0400<br>Facsimile: (415) 979-2099<br>Email: minbody@selmanbreitman.com<br><br>Attorneys for Cross-Defendant<br>SCOTTSDALE INSURANCE COMPANY |

Raymond H. Sheen (SBN 194598)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: rsheen@JonesDay.com

Attorneys for Defendant and Counter/Cross-Claimant
ODYSSEY THERA, INC.

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY<br>and CONTINENTAL CASUALTY COMPANY,<br><br>            Plaintiffs,<br><br>  vs.<br><br>ODYSSEY THERA, INC.,<br><br>            Defendant.<br><br>ODYSSEY THERA, INC.,<br><br>            Counter/Cross Claimant,<br><br>  vs.<br><br>VALLEY FORGE INSURANCE COMPANY,<br>CONTINENTAL CASUALTY COMPANY and<br>SCOTTSDALE INSURANCE COMPANY,<br><br>            Counter/Cross Defendants. | Civil Action No. C-12-00227-JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL**<br><br>(Assigned to the Honorable Jeffrey S. White) |

Civil Action No.  C-12-00227-JSW

1  **TO THE COURT CLERK, ALL PARTIES AND THEIR COUNSEL:**

2       IT IS HEREBY STIPULATED by and between defendant/cross-claimant Odyssey Thera,
3  Inc. ("Odyssey") and cross-defendant Scottsdale Insurance Company ("Scottsdale"), through their
4  undersigned counsel, that all claims asserted by Odyssey against Scottsdale in this action should be
5  dismissed with prejudice.

6       Previously, in July 2012, all claims asserted by or against plaintiffs Valley Forge Insurance
7  Company and Continental Casualty Company in this action were dismissed with prejudice.  With
8  the dismissal of claims asserted by Odyssey against Scottsdale, there will be no claims, counter-
9  claims, or cross-claims remaining in this action.  Accordingly, Odyssey and Scottsdale further
10 stipulate that this action should be dismissed with prejudice.

11      This Stipulation is made pursuant to the parties' Settlement Agreement.  Each of the parties
12 is to bear its own costs and attorney fees in the instant action.

13
14 DATED:  November 28, 2012          JONES DAY
15
16                                     /s/ Raymond Sheen
                                       RAYMOND SHEEN
17                                     Attorneys for Defendant and Counter/Cross-Claimant
                                       ODYSSEY THERA, INC.
18 DATED:  November 28, 2012          BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
19
20
21                                     /s/ Alexis J. Rogoski
                                       ALEXIS J. ROGOSKI
22
                                       Attorneys for Cross-Defendant
23                                     SCOTTSDALE INSURANCE COMPANY
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

Upon stipulation of the parties, IT IS HEREBY ORDERED that this action shall be DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: December 3, 2012

_____
Honorable Jeffrey S. White
Judge of the United States District Court for the Northern District of California

SFI-778450v2